MATTHEW P. DONAHUE (SBN 155080)
**DONAHUE LAW, A Professional Law Corporation**
1 NATOMA STREET
FOLSOM, CA  95630
Telephone:     (916) 351-1100
Facsimile:      (916) 836-8919
Service E-Mail:  mdonahue@mdonahuelaw.com/cingland@mdonahuelaw.com

Attorney for Plaintiff, KHRYSTYNA YATSKIV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRCT OF CALIFORNIA

| | |
|---|---|
| KHRYSTYNA YATSKIV,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-00763-TLN-AC<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT; ORDER**<br><br>DATE:　　　**MARCH 10, 2022**<br>TIME:　　　**2:00 P.M.**<br>CTRM:　　　**2**<br>JUDGE:　　　**HONORABLE TROY L. NUNLEY**<br><br>Complaint Filed:　　April 27, 2021<br>Amd Complaint Filed: November 18, 2021 |

　　　IT IS HEREBY STIPULATED, by and between the parties, hereto, through their respective attorneys of record, as follows:

　　　1)  That the present hearing date on Defendant, UNITED STATES OF AMERICA's Motion to Dismiss the First Amended Complaint, scheduled before this honorable Court on March 10, 2022 at 2:00 p.m., in Department 2, be continued 30 days, to all the parties to continue settlement negotiations.

　　　2)  That Plaintiff KHRYSTYNA YATSKIV's timeline to file a Memorandum in Opposition to Defendant UNITED STATES OF AMERICA, shall be governed by the new hearing date.

　　　3)  On February 11, 2022, counsel for Defendant UNITED STATES OF AMERICA, W. Dean Carter, agreed to continue the Hearing on the Motion to Dismiss the First Amended

Complaint, currently on the Court's calendar for March 10, 2022.

4) This action arises from an automobile accident, which occurred on July 29, 2019.

5) The parties agree this continuance will allow them to continue settlement negotiations in this matter and potentially eliminate the need for court intervention, thereby saving costs.

6) There have been no prior continuances in this matter.

7) The parties are in agreement that the requested continuance is in the best interest of all parties and will not prejudice either party.

8) The parties agree that this stipulation may be executed in counterparts, by electronic signature, each of which, when executed, shall be an original and all of which together will constitute one in the same stipulation. This stipulation contains the entire agreement among the parties.

Respectfully submitted,

DATED: February 18, 2022

*/s/ Matthew P. Donahue*

By_____
Matthew P. Donahue (155080)
mdonahue@mdonahuelaw.com
**DONAHUE LAW**

Attorney for Plaintiff KHRYSTYNA YATSKIV

DATED: February 18, 2022

*/s/ W. Dean Carter*

By_____
W. Dean Carter
Assistant United States Attorney
Dean.carter@usdoj.gov

Attorney for Defendant UNITED STATES OF AMERICA

2

STIPULATION TO CONTINUE HEARING
ON MOTION TO DIMSISS FIRST AMENDED COMPLAINT

# ORDER

The court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

1) **CONTINUE** the hearing on Defendant UNITED STATES OF AMERICA's Motion to Dismiss the First Amended Complaint (ECF No. 7) to **April 7, 2022, at 02:00 PM**.

2) Plaintiff's opposition shall be filed by **March 24, 2022**, and Defendant reply, if any, shall be filed by **March 31, 2022**.

**IT IS SO ORDERED**.

Dated: February 18, 2022

_____
Troy L. Nunley
United States District Judge